Anthony M. Rainone, Esq.
Eric Magnelli, Esq.
**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
Telephone: (973) 228-5700
*Attorneys for Defendant Community Dental of Hamilton, P.C.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CISSY THOMPSON-LYONS,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMUNITY DENTAL OF HAMILTON, P.C.,<br><br>*Defendant*. | Civil Action No. 3:21-cv-20671-MAS-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties having amicably resolved their differences, it is hereby stipulated and agreed that all claims asserted in this matter by Plaintiff Cissy Thompson-Lyons against Defendant Community dental of Hamilton, P.C. be and are hereby dismissed with prejudice and without costs to any party.

| | |
|---|---|
| **PHILLIPS & ASSOCIATES, PLLC**<br>*Attorneys for Plaintiff*<br><br>By: *s/ Jesse Weinstein*<br>      Jesse S. Weinstein, Esq.<br><br>Dated: September 25, 2024 | **BRACH EICHLER L.L.C.**<br>*Attorneys for Plaintiff*<br><br>By: *s/ Eric Magnelli*<br>      Eric Magnelli, Esq.<br><br>Dated: September 25, 2024 |